IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MR. STEVE CLIFF,              )<br>                               )<br>     Plaintiff,               )<br>                               )    CIVIL ACTION NO.<br>     v.                        )      2:20cv603-MHT<br>                               )           (WO)<br>OFFICER SMITH, C.O.I.,         )<br>                               )<br>     Defendant.                ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant correctional officer and other inmates assaulted him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to proceed in forma pauperis be denied and his case be dismissed without prejudice for failure to pay the full filing and administrative fees upon initiation of this case. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of October, 2020.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE