IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MR. STEVE CLIFF,              )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:20cv603-MHT
                              )           (WO)
OFFICER SMITH, C.O.I.,        )
                              )
     Defendant.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

(2) Plaintiff's motion for leave to proceed in forma pauperis (doc. no. 2) is denied.

(3) This lawsuit is dismissed without prejudice for failure to pay the full filing and administrative fees upon initiation of this case.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of October, 2020.

                         /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE